```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02650-JJT
Khalid Hayat                                                        Chapter 13
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5       User: JGoodling         Page 1 of 2         Date Rcvd: Sep 20, 2017
                           Form ID: ntcnfhrg       Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
```
db            +Khalid Hayat,    1526 N Rocky Mountain Drive,    Effort, PA 18330-7892
4938500       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    PO Box 982238,    El Paso, TX 79998)
4938499       #+Bank Of America,    Nc4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
4947537       +Discover Bank,    c/o Apothoker & Assoc. PC,    520 Fellowship Road C306,
               Mount Laurel, NJ 08054-3410
4938502       +First National Credit Card/Legacy,    500 E 60th St N,    Sioux Falls, SD 57104-0478
4938501       +First National Credit Card/Legacy,    PO Box 5097,    Sioux Falls, SD 57117-5097
4938503        Monroe County Courthouse,    Attn: Prothonotary,    7th & Monroe Streets,    Stroudsburg, PA 18360
4938504        Monroe County Sheriff's Office,    7th & Monroe Streets,    Stroudsburg, PA 18360
4938506       +Patrick J. Wesner, Esq.,    Parker McKay PA,    PO Box 5054,    Mount Laurel, NJ 08054-5054
4938510       +Salman Khan,    121B South Fulton Street,    Woodbridge, NJ 07095-2617
4938512       +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
4938511       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
4938515       +Us Dept Of Ed/Great Lakes Higher Ed,    Po Box 7860,    Madison, WI 53707-7860
4938516       +Us Dept Of Ed/Great Lakes Higher Ed.,    Attn: Bankruptcy,    2401 International Lane,
               Madison, WI 53704-3121
4938517       +Verizon,    Verizon Wireless Bankruptcy Admin,    500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
4938518       +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
4938519       +Victoria Park Assoc.,    c/o William Singer, Esq.,    PO Box 134,    Belle Mead, NJ 08502-0134
4938520       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
4938521       +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
4950290       +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4938522       +William S. Singer, Esq.,    Singer & Fedun LLC,    PO Box 134,    Belle Mead, NJ 08502-0134
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4938505       +E-mail/Text: MKnitter@monroecountypa.gov Sep 20 2017 19:23:33      Monroe County Tax Claim,
               1 Quaker Plaza,    Stroudsburg, PA 18360-2195
4938509        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 19:24:40
               Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
4938508        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 19:24:59
               Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
4939271       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 19:24:58
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4938507        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2017 19:22:45      Pennsylvania Dept. Revenue,
               Bureau of Compliance,    PO Box 280946,    Harrisburg, PA 17128-0946
4938513       +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2017 19:24:49      SYNCB/Home Design,
               Attn: Bankruptcy,    Po Box 965064,    Orlando, FL 32896-5064
4938514       +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2017 19:24:10      Syncb/home Design Nahf,
               950 Forrer Blvd,    Kettering, OH 45420-1469
4961090        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 20 2017 19:30:14      Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                               Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
James   Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee for Option One
 Mortgage Loan Trust 2007-FXD1 bkgroup@kmllawgroup.com
Kim M Diddio    on behalf of Debtor Khalid  Hayat kdiddio@diddiolaw.com,
 kdiddio@gmail.com;r52326@notify.bestcase.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Khalid Hayat<br>Debtor(s) | Chapter 13<br>Case No. 5:17−bk−02650−JJT |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **October 20, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 7, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 20, 2017 |