United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                Case No. 17-02650-RNO
Khalid Hayat                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                            Page 1 of 2
Date Rcvd: Jan 19, 2021                      Form ID: pdf010                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

**Recip ID**              **Recipient Name and Address**
                +   Nosheen Hayat, 1526 N Rocky Mountain Drive, Effort PA 18330-7892

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021                           Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD1 bkgroup@kmllawgroup.com |
| Kim M Diddio | on behalf of Debtor 1 Khalid Hayat kdiddio@diddiolaw.com  kdiddio@gmail.com;r52326@notify.bestcase.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov  DPugh@monroecountypa.gov |
| Rebecca Ann Solarz | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD1 bkgroup@kmllawgroup.com |

United States Trustee  
　　　　　　　　　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Khalid Hayat<br>Nosheen Hayat<br>Debtor(s) | Chapter 13 |
| Specialized Loan Servicing LLC as servicer for Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD1<br>v.<br>Khalid Hayat<br>Nosheen Hayat<br>and<br>Charles J. DeHart, III Esq.<br>Trustee | NO. 17-02650 RNO |

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specialized Loan Servicing LLC as servicer for Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1526 Rocky Mountain Dr. N Effort, PA 18330.

Dated: January 19, 2021

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge  BI