In re:                                  Case No. 17-02650-RNO

Khalid Hayat                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5              User: AutoDocke              Page 1 of 3
Date Rcvd: Feb 10, 2021        Form ID: pdf010            Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Khalid Hayat, 1526 N Rocky Mountain Drive, Effort, PA 18330-7892 |
| cr | + | WELLS FARGO BANK, N.A, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Wells Fargo Bank, N.A., 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Wells Fargo Bank, N.A., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 4938500 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 982238, El Paso, TX 79998 |
| 4938520 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 4938521 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 4947537 | + | Discover Bank, c/o Apothoker & Assoc. PC, 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 4938502 | + | First National Credit Card/Legacy, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 4938501 | + | First National Credit Card/Legacy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 4938503 | | Monroe County Courthouse, Attn: Prothonotary, 7th & Monroe Streets, Stroudsburg, PA 18360 |
| 4938504 | | Monroe County Sheriff's Office, 7th & Monroe Streets, Stroudsburg, PA 18360 |
| 4938506 | + | Patrick J. Wesner, Esq., Parker McKay PA, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 4938507 | | Pennsylvania Dept. Revenue, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 4938510 | + | Salman Khan, 121B South Fulton Street, Woodbridge, NJ 07095-2671 |
| 4938512 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4938511 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 4978083 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 4938515 | + | Us Dept Of Ed/Great Lakes Higher Ed, Po Box 7860, Madison, WI 53707-7860 |
| 4938516 | + | Us Dept Of Ed/Great Lakes Higher Ed., Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 4938519 | + | Victoria Park Assoc., c/o William Singer, Esq., PO Box 134, Belle Mead, NJ 08502-0134 |
| 4950290 | + | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, Colorado 80111-4720 |
| 4938522 | + | William S. Singer, Esq., Singer & Fedun LLC, PO Box 134, Belle Mead, NJ 08502-0134 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4938521 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2021 19:48:57 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 4972328 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2021 19:42:09 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4938505 | + | Email/Text: MKnitter@monroecountypa.gov | Feb 10 2021 18:47:00 | Monroe County Tax Claim, 1 Quaker Plaza, Stroudsburg, PA 18360-2195 |
| 4938509 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 19:47:26 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4938508 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2021 19:44:42 | | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 4980783 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2021 19:41:54 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4939271 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2021 19:41:54 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4938513 | + | Email/PDF: gecsedi@recoverycorp.com Feb 10 2021 19:47:21 | | SYNCB/Home Design, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4938514 | + | Email/PDF: gecsedi@recoverycorp.com Feb 10 2021 19:47:21 | | Syncb/home Design Nahf, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 4961090 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 10 2021 19:42:25 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4938517 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 10 2021 18:47:00 | | Verizon, Verizon Wireless Bankruptcy Admin, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 4938518 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 10 2021 18:47:00 | | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | WELLS FARGO BANK, N.A, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | WELLS FARGO BANK, N.A., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 4938499 | ##+ | Bank Of America, Nc4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wells Fargo Bank N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD1 bkgroup@kmllawgroup.com |
| Kim M Diddio | |

                on behalf of Debtor 1 Khalid Hayat kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com

Monroe County Tax Claim Bureau
                MKnitter@monroecountypa.gov DPugh@monroecountypa.gov

Rebecca Ann Solarz
                on behalf of Creditor Wells Fargo Bank N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD1
                bkgroup@kmllawgroup.com

United States Trustee
                ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KHALID HAYAT

Debtor 1

Chapter: 13
Case No.: 5:17-bk-02650

## ORDER DISMISSING CASE

Upon consideration of the motion to dismiss filed by Debtor(s), it is hereby

ORDERED that this case is dismissed.

Dated: February 10, 2021

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (DG)

Order Dismissing Case – Revised 4/18